IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

Civil Action No. 7:14-cv-00133

| | |
|---|---|
| PNC BANK, NATIONAL ASSOCIATION, successor to RBC Bank (USA), formerly known as RBC Centura Bank, <br><br> Plaintiff, <br><br> v. <br><br> THE RESORT GROUP, LLC, JAMES B. MYERS, III, LAWRENCE H. CHEEK, LANCE YOUNGQUIST, and CHRIS P. JUDY, <br><br> Defendants. | **ORDER GRANTING MOTION TO STAY RULE 26(f) CONFERENCE** |

Based on PNC Bank, National Association's Motion to Stay Rule 26(f) Conference, and for good cause shown, it is hereby ORDERED that the requirements of the Scheduling Order are stayed until such time as the Court rules on PNC's motion to dismiss the Defendants' Counterclaims.

This the ___ day of October, 2014.

*/s/ Terrence Boyle*